AUSA KRD

FILED
SEP 04 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alan Daniel MARTINEZ-Gurrola Defendant. | Magistrate Case No.: '08 MJ 8808<br>COMPLAINT FOR VIOLATION OF 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about September 3, 2008, within the Southern District of California, defendant Alan Daniel MARTINEZ-Gurrola did knowingly and intentionally import approximately 39.98 kilograms (87.96 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Chad N. Worgen, Special Agent
U.S. Immigration and
Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 4th DAY OF SEPTEMBER 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alan Daniel MARTINEZ-Gurrola

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to United States Immigration and Customs Enforcement Special Agent Chad N. Worgen.

On September 3, 2008, at approximately 2110 hours, Alan Daniel MARTINEZ-Gurrola (MARTINEZ) entered the United States from Mexico at the Calexico, California, west port of entry. MARTINEZ was the driver and sole occupant of a 1996 Nissan pickup truck.

Customs and Border Protection Officer (CBPO) E. Pelayo was assigned to primary vehicle inspections in lane #5 when MARTINEZ applied for entry. CBPO Pelayo received a negative oral Customs declaration from MARTINEZ. CBPO Pelayo tapped the rear tire, and it felt solid. CBPO Pelayo measured the density of the tire and received unusually high readings.

Canine Enforcement Officer (CEO) M. Price was conducting pre-primary operations with his assigned Narcotics Human Detector Dog (NHDD). CBPO Pelayo requested CEO Price respond to primary lane #5 and screen the pickup truck with his NHDD. CEO Price informed CBPO Pelayo that his NHDD alerted to the rear tire of the pickup truck. CBPO Pelayo escorted MARTINEZ and the vehicle to the secondary lot for an intensive inspection.

CBPO J. Becerra was conducting vehicle secondary inspections and was informed of the NHDD alert to the vehicle driven by MARTINEZ. CBPO Becerra received a negative oral Customs declaration from MARTINEZ. MARTINEZ stated he was going to Wal-Mart in Calexico. MARTINEZ stated the vehicle belongs to the company where he is employed.

CBPO Becerra measured the density of the tires and received unusually high readings. CBPO Becerra cut a tire open resulting in the discovery of packages. CBPO Becerra probed a package producing a green leafy substance that field-tested positive for marijuana. A total of thirty-two (32) packages were discovered in four (4) tires on the vehicle. The total weight of the packages of marijuana was 39.98 kilograms (87.96 pounds).

MARTINEZ was advised of his Miranda rights. MARTINEZ acknowledged and waived his rights, and agreed to be interviewed without the presence of an attorney. MARTINEZ stated he had knowledge controlled substances were concealed within the pickup truck. MARTINEZ stated he did not know what type of controlled substances, but was told it would be a small amount. MARTINEZ stated this is the first time he had ever smuggled controlled substances. If MARTINEZ was successful in crossing with the vehicle, he was going to return to Mexicali and receive payment from a person named "Jose". MARTINEZ stated he did not know how much money he was to be paid.